UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DREAM KITCHEN & BATH SHOP, LLC,

      Plaintiff,

v.                                       Civil Action No. 2:22cv184

KITCHEN AND BATH SHOP, LLC,
MZ DIGITAL MARKETING, LLC, and
PANAH IBRAHIMOV,

      Defendants.

## ORDER

This matter is before the court on Plaintiff Dream Kitchen & Bath Shop, LLC's Motion for Extension of Time to Serve Process (ECF No. 11). Plaintiff's motion recites attempted service on Defendant MZ Digital Marketing, LLC (MZ Digital) within the time permitted for service and excusable neglect in failing to effect timely service. Plaintiff also requests that the court "hold that personal service obtained on defendant Panah Ibrahimov is timely." The court finds that service was obtained on Panah Ibrahimov (Ibrahimov) using an incorrect summons issued for MZ Digital, and that Plaintiff did not request a summons for service on Ibrahimov until after the abatement deadline had passed. Accordingly, the court cannot confirm the attempted service on Ibrahimov as timely. However, because the motion was promptly filed, and Plaintiff had been attempting service prior to abatement, the court GRANTS IN PART Plaintiff's motion and extends the deadline for service to **Monday, August 15, 2022**. The Clerk is DIRECTED to promptly issue the summons requested for Ibrahimov, and any others timely requested.

IT IS SO ORDERED.

                                                                 /s/
                                           Douglas E. Miller
                                           United States Magistrate Judge

Norfolk, Virginia                             DOUGLAS E. MILLER
August 3, 2022                               UNITED STATES MAGISTRATE JUDGE