IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| DREAM KITCHEN AND BATH SHOP, LLC, | ) ) ) |
| Plaintiff, | ) Civil Action No.: 2:22-cv-184 |
| v. | ) ) |
| KITCHEN AND BATH SHOP, LLC *et al.,* | ) ) ) |
| Defendants. | ) ) |

## CONSENT ORDER

Plaintiff, Dream Kitchen and Bath Shop, LLC, and Defendants Kitchen and Bath Shop, LLC and Panah Ibrahimov ("Defendants"), have stipulated and agreed, and have asked to Court to enter this order reflecting their agreement, as set forth herein.

Upon consideration of the parties' stipulation and request, and it appearing proper to do so, it is on this 22nd day of August, 2022, it is hereby ORDERED, that:

1. Defendants Kitchen and Bath Shop, LLC and Panah Ibrahimov shall have to and including September 9, 2022, to file pleadings in response to the Complaint.

2. The appearance of counsel for Defendants as reflected on this consent order eliminates the need for Plaintiff to serve formal process on Kitchen and Bath Shop, LLC or Panah Ibrahimov, and any irregularities in process already served on these Defendants is waived.

8/22/22

/s/
Douglas E. Miller
United States Magistrate Judge

Douglas E. Miller,
United States Magistrate Judge

WE ASK FOR THIS:


*/s/ Duncan G. Byers – with permission*
Duncan G. Byers (VSB# 48146)
Patten, Wornom, Hatten & Diamonstein
12350 Jefferson Avenue, Suite 300
Newport News, VA 23602
(757) 223-4500 – telephone
dbyers@pwhd.com

*Counsel for Plaintiff*


*/s/ Robert C. Gill*
Robert C. Gill (VSB # 26266)
Saul Ewing Arnstein & Lehr LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, DC 20006
(202) 295-6605 telephone
(202) 295-6705 facsimile
Robert.gill@saul.com

*Counsel for Defendants Kitchen and Bath Shop LLC and Panah Ibrahimov*