## Entity Information

### Entity Information

| | |
|---|---|
| Entity Name: | Dream Kitchen and Bath Shop LLC |
| Entity ID: | 11170109 |
| Entity Type: | Limited Liability Company |
| Entity Status: | **Active** |
| Series LLC: | No |
| Reason for Status: | Active |
| Formation Date: | 01/30/2021 |
| Status Date: | 03/10/2022 |
| VA Qualification Date: | 01/30/2021 |
| Period of Duration: | Perpetual |
| Industry Code: | 0 - General |
| Annual Report Due Date: | N/A |
| Jurisdiction: | VA |
| Charter Fee: | N/A |
| Registration Fee Due Date: | Not Required |

### Registered Agent Information

| | |
|---|---|
| RA Type: | Individual |
| Locality: | VIRGINIA BEACH CITY |
| RA Qualification: | Member or Manager of the Limited Liability Company |
| Name: | ILYAS CELIK |
| Registered Office Address: | 4837 Lonewillow Ln, Virginia Beach, VA, 23455 - 5819, USA |

### Principal Office Address

| | |
|---|---|
| Address: | 4801A Virginia Beach Blvd, Virginia Beach, VA, 23462, USA |

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)    Contact Us (https://www.scc.virginia.gov/clk/clk_contact.aspx)

(https://www.facebook.com/VirginiaStateCorporationCommission)        (https://twitter.com/VAStateCorpComm)

Filing History    RA History    Name History    Previous Registrations    Protected Series

Garnishment Designees    Image Request

Back    Return to Search    Return to Results

Back to Login

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)    Contact Us (https://www.scc.virginia.gov/clk/clk_contact.aspx)

(https://www.facebook.com/VirginiaStateCorporationCommission)        (https://twitter.com/VAStateCorpComm)